ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. |
| | § | |
| JOHNATHON TAYLOR WALSH (01) | § | 4-14CR-011-Y |

### INDICTMENT

The Grand Jury Charges:

Count One
Distribution of a Visual Depiction of a Minor
Engaging in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1))

On or about September 30, 2013, in the Fort Worth Division of the Northern District of Texas, defendant **Johnathon Taylor Walsh** knowingly distributed by any means, including by computer, any visual depiction using any means and facility of interstate and foreign commerce, knowing the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. Specifically, **Walsh** used the Internet to distribute of the following visual depictions of minors engaged in sexually explicit conduct:

| File name | Description of the image |
| --- | --- |
| bibcam-Collin 13 Michigan 2004 pt 1.avi | A video file depicting a nude prepubescent boy standing and masturbating in front of a web camera. |
| 12 excellent_man_boy_session!!!.wmv | A video file depicting a prepubescent boy who is nude and standing in front of a nude adult male with his back toward the adult male's torso. The adult male has his arms around the prepubescent boy and is masturbating the boy. |

In violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1).

Indictment - Page 1

<u>Forfeiture Notice</u>
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Johnathon Taylor Walsh** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, the following:

[Rest of page intentionally left blank]

1. One Lenovo laptop computer, Serial Number WB06030305, seized pursuant to a search warrant executed on December 17, 2013, by FBI agents at Walsh's home in Fort Worth, Texas.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail:  Aisha.Saleem@usdoj.gov

Indictment - Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

JOHNATHON TAYLOR WALSH (01)

INDICTMENT

18 U.S.C. § 2252(a)(2) and 2252(b)(1)

Distribution of a Visual Depiction of a Minor Engaging
in Sexually Explicit Conduct
(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

FORT WORTH _____ FOREPERSON

Filed in open court this 15th day of January, A.D. 2014.

Defendant in custody

_____
UNITED STATES MAGISTRATE JUDGE
(Magistrate Case Number: 4:13-MJ-563)