IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-011-Y<br>ECF |
| JOHNATHON TAYLOR WALSH (01) | |

## EXPERT DESIGNATION

THE UNITED STATES OF AMERICA files this designation of expert witnesses pursuant to the Court's scheduling order and would show the Court the following:

1. **Jeff Rich**
   Task Force Officer, FBI
   Dallas, Texas

   This witness can provide expert testimony regarding the forensic examination of the defendant's computer and any other storage media, the methods used to examine the computer, the analysis, and the evidence obtained from the computer, hardware and software, and other seized items. This witness also has specialized knowledge regarding computer investigations to include internet child exploitation offenses involving peer-to-peer investigations and forensic examinations as they relate to peer-to-peer investigations.

**Designation of Experts - Page 1**

2.  **Aaron Covey**
    Special Agent, FBI
    Dallas, Texas

This witness has specialized knowledge regarding the processing computer investigations to include internet child exploitation offenses involving peer-to-peer investigations and forensic examinations as they relate to peer-to-peer investigations. This witness can also provide expert testimony regarding the forensic examination of the defendant's computer and any other storage media, the methods used to examine the computer, the analysis, and the evidence obtained from the computer, hardware and software, and other seized items.

3.  **Kevin Matthews**
    Special Agent, FBI
    Newark, NJ

This witness has specialized knowledge regarding internet child exploitation offenses involving peer-to-peer investigations and forensic examinations as they relate to peer-to-peer investigations.

> Respectfully submitted,
>
> SARAH R. SALDAÑA
> UNITED STATES ATTORNEY
>
> */s/ Aisha Saleem*
> AISHA SALEEM
> Assistant United States Attorney
> Texas State Bar No. 00786218
> 801 Cherry Street, Suite 1700
> Fort Worth, Texas 76102
> Telephone: 817-252-5200
> Facsimile:  817-252-5455
> Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of February, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: Christopher Curtis.

                                              */s/ Aisha Saleem*
                                              AISHA SALEEM
                                              Assistant United States Attorney