UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
MINUTE ORDER

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 2 6 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| Type hearing: | Rearraignment - **NON-EVIDENTIARY** |
| Case number: | 4:14-CR-011-Y |
| Defendant: | JOHNATHON TAYLOR WALSH (1), sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | _____ |
| US attorney: | Aisha Saleem |
| Defense attorney: | Christopher A. Curtis |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | February 26, 2014 |
| Status: | Defendant enters a plea of guilty to count one of the one-count indictment |
| | Deft TBS: 10:00 a.m., May 27, 2014 |
| | PSI Referral Form to defendant's attorney |
| | Scheduling Order to follow |
| | Deft's detention continued |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |