# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | 4-14-CR-011-Y |
| **JONATHON TAYLOR WALSH   (1)** | § § § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant Jonathon Taylor Walsh, through undersigned counsel, respectfully asks this Court to continue the sentencing of this case. In support, defendant would show the following:

I.

Defendant has pleaded guilty to one count of distribution of child pornography, a violation of 18 U.S.C. §2252(a)(1) and (b)(1). The defendant's case is set for sentencing on May 27, 2014. The defense is requesting a continuance of the sentencing hearing on this case for the reason that Dr. Kristi Compton has not been able to conduct the risk evaluation of the defendant. Undersigned Counsel has filed a motion and received an order allowing for access tot he defendant at FCI Fort Worth, but the earliest the facility and Dr. Compton will be able to arrange the examination is Thursday, May 22, 2014. Dr. Compton has advised through her office that she will try to have the report prepared by Friday afternoon, May 23, 2014. However, counsel would need to review the report, and get a copy to the Court and the Government before sentencing. With Monday May 26 being a holiday, counsel is requesting a brief continuance of the sentencing so that counsel can get a risk assessment completed, have time to review the report and discuss it with Dr. Compton, and

timely provide a copy to the Court and the government if such report is going to be presented to the Court at sentencing.

II.

Undersigned counsel has also spoken with Aisha Saleem, the AUSA assigned to this case, and she is not opposed to a continuance of this hearing. Neither party anticipates any potential conflicts with a setting within the next 90 days, although Ms. Saleem and the Federal Public Defender are currently set for trial in this Court on June 16, 2014, in United States v. Kutej. The defendant is currently in custody.

Wherefore, the defendant respectfully prays this Court to continue the sentencing hearing in this case to a time convenient to the Court.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY:  /s/ Christopher A. Curtis
Christopher A. Curtis
Asst. Federal Public Defender
819 Taylor Street, Room 9A10
Fort Worth, TX 76102-4612
(817) 978-2753
Texas State Bar No. 05270900

**CERTIFICATE OF CONFERENCE**

On May 22, 2013, I conferred with the attorney for the government, Aisha Saleem, concerning her position on this motion, and she was not opposed to this motion. Neither attorney anticipates any conflicts that would prevent a sentencing setting during the next 90 days, although Ms. Saleem and undersigned counsel are set for trial in this Court the week of June 16, 2014, in United States v. Kutej.

/s/ Christopher A. Curtis
Christopher A. Curtis

**CERTIFICATE OF SERVICE**

I, Christopher A. Curtis, hereby certify that on May 22, 2014, I electronically filed the foregoing motion with the clerk for the U.S. District Court, Northern District of Texas, using the electronic filing system for the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Aisha Saleem.

/s/ Christopher A. Curtis
Christopher A. Curtis