```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

UNITED STATES OF AMERICA § 
§
vs. § CRIMINAL NO. 4:14-CR-011-Y
§
JONATHON TAYLOR WALSH (1) §

**ORDER GRANTING DEFENDANT'S UNOPPOSED**
**MOTION TO CONTINUE SENTENCING HEARING**

Pending before this Court is defendant's Unopposed Motion to Continue Sentencing Hearing (doc. 38) filed May 21, 2014. The Court concludes the motion is meritorious and that it should be, and it is hereby, GRANTED. It is ORDERED that the sentencing hearing of the defendant in the above-styled and numbered cause is hereby continued to **September 2, 2014, at 10:00 a.m.** Defendant and his counsel must be present.

SIGNED May 21, 2014.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE