Case 4:14-cr-00011-Y   Document 40   Filed 06/17/14   Page 1 of 1   PageID 117

# U.S Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for "Service of Process by the U.S Marshal"*

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUN 17 PM 2:49

CLERK OF COURT

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 4:14-CR-011-Y |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Johnathon Taylor Walsh | Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Lenovo laptop computer, Serial No.: WB06030305

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Megan J. Fahey
Assistant United States Attorney
801 Cherry Street, Unit 4
Burnett Plaza, Suite 1700
Fort Worth, Texas 76102-6882

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER
(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Pursuant to the Preliminary Order of Forfeiture filed May 20, 2014 seize the above property according to law and hold in secure custody and control pending a Final Order of Forfeiture.

Asset ID: 14-FBI-002682

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Megan J. Fahey | | (817) 252-5200 | 05/21/14 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 77 | No. 77 | Michael Dutty | 5/28/14 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 6/11/14  Time: ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy: John Alyon |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owned to U.S. Marshal* or (Amount of Refund) |
|---|---|---|---|---|---|
| $8.00 | 0 | 0 | $8.00 | 0 | 0 |

REMARKS: The above listed assets contain child pornography. Per USMS policy, USMS does not take custody of items containing child pornography.

PRIOR EDITIONS MAY BE USED                                    FORM USM-285