7-16-2014
Page 1 of 5

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION
2014 JUL 22  AM 11:05
CLERK OF COURT

ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

UNITED STATES )
)
)
V. ) No. 4:14-CR-011-Y(01)
)
)
JOHNATHON TAYLOR WALSH )

<u>AFFIDAVIT OF FACT</u>
<u>DECLARATION OF NATIONALITY</u>
<u>EX REL SUPERSEDING INFORMATION</u>

I am John Walsh Freeman; formerly known as Johnathon Taylor Walsh, I come in peace.

I am an indigenous, independent, aboriginal, native, national of the Republic of Texas; a Freeman, in propria persona.

I am a living, breathing, sentient being; in full life, of flesh and blood.

I am one of the people of the United States of America.

I have never voluntarily, knowingly, or willingly preformed any act with the intention of relinquishing my nationality.

At the "arraignment" when asked if I was JOHNATHON TAYLOR WALSH, the corporate fictious person, I, by a mistake of fact and mistake of law, answered "yes" because my flesh and blood name was the same as the nomme de guerre or assumed name in time of war.

As I have stated in the beginning of this affidavit of fact, I come in peace, not war, no longer using the name Johnathen taylor walsh to avoid any further confusion.

I hereby formaly abolish, nullify, repeal, cancel and terminate all signatures bearing the ficticious corporate pseudonym JOHNATHON TAYLOR WALSH.

I am both civily and phisicaly living, in full life.

I am not civiliter mortuus (civily dead)

In a court of law, everything is based on information, therefore I present EX Rel or Ex-Relatione regarding information of me and the fictional corporate person, wich cannot speak for itself.

JOHNATHON TAYLOR WALSH is a fictional corporate person wich this court presumes, it (JOHNATHON TAYLOR WALSH) is me, it is not me, and I am not it.

I am not it, the thing; the ficticious corporate person, the negotiable instrument JOHNATHON TAYLOR WALSH.

A presumption yeilds to the truth.

The designation of one is the exclusion of the other; what is expressed prevails over what is implied.

I am the authorized representitive for JOHNATHON TAYLOR WALSH, as it is a corporate fiction/person wich cannot speak for itself.

Authorized representitive means, a word of permission, to empower, of legal or rightful power, to give a right to act, as an agent, an officer of a corporation or association, a trustee, executor, or administrator of an estate, or any other person empowered to act for another.

Anyone may waive or renounce the benifit of a principal or rule of law that exists for his protection, and I waive and renounce all benifits and priviliges wich exist for the corporate fiction JOHNATHON TAYLOR WALSH.

JOHNATHON TAYLOR WALSH is a subject, a negotiable instrument, and/or the property of another person and/or corporation.

JOHNATHON TAYLOR WALSH is civiliter mortuus, meaning it is civily dead, dead in the veiw of the law, and/or one who has lost civil rights and capacities, and is accounted dead in the law.

I (John Walsh Freeman) am being held under

the Corporate fictitious pseudonym JOHNATHON TAYLOR WALSH, at the Federal Correctional Institution in Fort Worth (FCI Fort Worth) unlawfully; and am sustaining injury.

I have referred the errors to their origins and to refer errors to their origin is to refute them. Errores ad sua principia referre est refellere.

No action arises from a wrongful contract, and no action arises out of a wrongful consideration

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct

Executed of July, 16, 2014

Respectfully Submitted

John Walsh Freeman
Authorized representative
Without Recourse

Johnathen Walsh 47519-177
Federal Correctional Institute
P.O. Box 15330
Fort Worth, Texas, 76116

NORTH TEXAS TX P&DC
DALLAS TX 750
17 JUL 2014 PM 7 L

Intake
Rec'd
7/18/14

⇔ 47519-177 ⇔
Judge Means
501 W 10TH ST
FT Worth, TX 76102
United States

Legal Mail
7510236405!

Legal Mail

Federal Correctional Institution
3150 Horton Rd.
Fort Worth, TX 76119
Date 7/17/14

This enclosed letter was processed through special mailing procedures for forwarding to you. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.