ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

JUL 21 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES )
)
V. ) No: 4:14-CR-011-Y(01)
)
JOHNATHON TAYLOR WALSH )

## AFFIDAVIT OF FACT

I am John Walsh Freeman, formerly known as Johnathon Taylor Walsh, I am a native, national of The Republic of Texas, One of the people of the united states, of America, in propria persona. I come in Peace.

I am here to clear any presumptions regarding myself (John Walsh Freeman), and the corporate fiction (JOHNATHON TAYLOR WALSH).

The corporate fiction JOHNATHON TAYLOR WALSH, is NOT me, and it is your defendant.

I am John Walsh Freeman, and I am not the defendant.

The corporate fiction JOHNATHON TAYLOR WALSH holds no power of appointment over me (John Walsh Freeman).

I John Walsh Freeman am not JOHNATHON TAYLOR WALSH and it (JOHNATHON TAYLOR WALSH) is not me (John Walsh Freeman).

I John Walsh Freeman am being held at FCI Fort Worth under the name of the true defendant JOHNATHON TAYLOR WALSH, which I John Walsh Freeman am not.

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct. Executed on July, 17, 2014       John Walsh Freeman

Authorized Representative Without Recourse



Johnathen Wilson 47519-177
Federal Correctional Institution
P.O. Box 15330
Fort Worth, TX, 76119

NORTH TEXAS TX PDC
DALLAS TX 750
18 JUL 2014 PM 3 L

RECEIVED
JUL 21 20[14]
CHAMBERS OF
JUDGE TERRY R. MEANS

Intake

47519-177
Judge Means
501 W 10TH ST
FT Worth, TX 76102
United States

Legal mail
7610036405 1