IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | No. 4:14-CR-011-Y |
| § | |
| JOHNATHON TAYLOR WALSH (1)§ | |

DEFENDANT'S RETRACTION OF DOCUMENTS 42 AND 43

Johnathon Taylor Walsh, by and through his undersigned counsel, hereby gives notice that he retracts his prior *pro se* filings entitled "Affidavit of Fact" and "Affidavit of Fact Declaration of Nationality Ex Rel Superseding Information" (docs 42-43.)

Walsh hereby gives notice that he retracts the documents entitled "Affidavit of Fact" and "Affidavit of Fact Declaration of Nationality Ex Rel Superseding Information," which he recently submitted to the Court *pro se. See* (docs. 42-43.) Walsh respectfully requests the Court to disregard these prior filings. Walsh wholly retracts any representations he made therein, and he waives any claims or requests which could be construed to exist within those documents.

Respectfully Submitted,

*/s/ William R. Biggs*
William R. Biggs
WILLIAM R. BIGGS, PLLC
101 Summit Ave., Suite 402
Fort Worth, TX 76102
817.840.6750 (t)
817.840.6755 (f)
wbiggs@williambiggslaw.com
TX Bar No. 24052832

## CERTIFICATE OF SERVICE

I, WILLIAM R. BIGGS, hereby certify that on August 7, 2014, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic filing system for the court. The electronic case filing system sent a "Notice of Electronic Filing" to AISHA SALEEM, Assistant United States Attorney, who presumably has consented in writing to accept this notice as service of this document by electronic means.

*/s/ William R. Biggs*
William R. Biggs